**In re Calvin ROBINSON, Petitioner.**

No. 03–6475.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 11, 2003.

Decided Oct. 10, 2003.

Calvin Robinson, Petitioner Pro Se.

Before WILKINSON, WILLIAMS, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Calvin Robinson petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has recently taken substantial action in Robinson's case. Accordingly, we deny the mandamus petition as moot. We grant Robinson's motion for leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*